**No. 10-5161. Paul W. Merritt, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

562 U.S. 1172, 131 S. Ct. 983, 178 L. Ed. 2d 811, 2011 U.S. LEXIS 510.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 907, 131 S. Ct. 252, 178 L. Ed. 2d 167, 2010 U.S. LEXIS 6868.